1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES R. NOONKESTER,

11            Petitioner,                     No. CIV S-07-0121 MCE EFB P

12        vs.

13   TOM L. CAREY, et al.,

14            Respondents.              FINDINGS AND RECOMMENDATIONS

15   _____/

16        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28

17   U.S.C. § 2254.

18        On June 25, 2007, respondent moved to dismiss this action on the ground that the petition

19   is based solely on state law claims and therefore not properly before this court. *See* Rule 4,

20   Rules Governing § 2254 Cases. On May 23, 2007, the court informed petitioner of the

21   requirements for filing an opposition to any motion to dismiss. On September 21, 2007, the

22   court again admonished petitioner of his obligation to file an opposition or statement of no

23   opposition. That order gave petitioner an additional 30 days to file an opposition or statement of

24   non-opposition and warned him that failure to do so could result in dismissal. *See* Fed. R. Civ.

25   P. 41(b).

26   ////

                                          1

1    The 30 days have passed and petitioner has not filed an opposition or a statement of no

2  opposition nor otherwise responded to the September 21, 2007, order.

3    Accordingly, it is RECOMMENDED that this action be dismissed without prejudice.

4  Fed. R. Civ. P. 41(b).

5    These findings and recommendations are submitted to the United States District Judge

6  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

7  after being served with these findings and recommendations, any party may file written

8  objections with the court and serve a copy on all parties.  Such a document should be captioned

9  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

10  within the specified time may waive the right to appeal the District Court's order. *Turner v.*

11  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

12  Dated:  November 19, 2007.

13  _____

EDMUND F. BRENNAN

14  UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26